Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
―――
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
―――
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
―――
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2995
DIRECT FAX
917-777-2995
EMAIL ADDRESS
JOCELYN.STRAUBER@SKADDEN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/2020

August 20, 2020

**MEMO ENDORSED**

**BY ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:  *United States v. Velez*, **19 Cr. 862 (Deeshuntee Stevens)**

Dear Judge Caproni:

    I write on behalf of my client, Deeshuntee Stevens, and with the consent of the Government, to respectfully request that Mr. Stevens be released on bail pending trial in the above-referenced matter, on the conditions proposed below.

    Mr. Stevens has been detained at the Metropolitan Correctional Center ("MCC") since his arrest on January 15, 2020. Mr. Stevens is charged in the above-referenced matter with conspiracy to distribute heroin, fentanyl and other narcotics, in violation of 21 U.S.C. §§ 841(a)(1), 846, and possession of a firearm during and in relation to a drug trafficking offense, in violation of 18 U.S.C. §§ 924(c), 2.

    The Government has agreed that the following proposed conditions will reasonably assure Mr. Stevens' appearance in Court and the safety of the community. *See* 18 U.S.C. § 3142(c)(1). The proposed conditions, to be met prior to Mr. Stevens' release, include: (1) home detention for 24 hours per day with electronic monitoring, except to attend work, to seek employment (with agreement of

Hon. Valerie E. Caproni
August 20, 2020
Page 2

the office of Pretrial Services as to the specifics), and for medical visits and legal visits, at the Rochester, New York home of Jesseivett Orta, a close family friend who has known Mr. Stevens for 12 years and who will serve as a third-party custodian; (2) a personal recognizance bond in the amount of $100,000, to be signed by Mr. Stevens and co-signed by three financially responsible persons: Deborah Stevens (Mr. Stevens' mother), John Arthur Wilkerson (Deborah Stevens' fiancé), and Melissa Blondet (the mother of two of Mr. Stevens' children), pending approval by the U.S. Attorney's Office for the Southern District of New York; (3) outpatient drug treatment and testing; (4) surrender of any travel documents and no new applications; and (5) all other standard conditions of release.

                                                    Respectfully submitted,

                                                    s/ Jocelyn E. Strauber

cc:      Assistant U.S. Attorney Adam S. Hobson
          Assistant U.S. Attorney Elinor L. Tarlow

Mr. Stevens' unopposed bail motion is granted, subject to the following conditions:

- A $100,000 personal recognizance bond, to be signed by the defendant and co-signed by three financially responsible persons: Deborah Stevens (the defendant's mother), John Arthur Wilkerson (Deborah Steven's fiancé), and Melissa Blondet (the mother of two of the defendant's children), pending approval by the U.S. Attorney's Officer for the Southern District of New York.
- Home detention enforced by electronic monitoring, except to attend work, to seek employment (with agreement of the office of Pretrial Services as to the specifics), and for medical visits and legal visits, at the Rochester, New York home of Jesseivett Orta, a close family friend who will serve as third-party custodian.
- Defendant is permitted to self-install the home monitoring unit under the direction and instruction of Pretrial Services.
- Defendant shall immediately report to the Pretrial Services office upon his release from custody, or as otherwise instructed by Pretrial Services, to be fitted with the location monitoring equipment.  Unless otherwise approved by the Court, the location monitoring equipment shall be installed no later than 14 days after release, during which the defendant is required to self-quarantine.
- Surrender travel documents and make no new applications.
- Travel restricted to the State of New York.
- Drug testing/treatment as directed by Pretrial Services.
- Not to possess a firearm, destructive device or other dangerous weapon.
- No contact with co-defendants unless in the presence of counsel.

SO ORDERED.        Date: 08/21/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE