## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2995
DIRECT FAX
917-777-2995
EMAIL ADDRESS
JOCELYN.STRAUBER@SKADDEN.COM

October 6, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/07/2020
```

**MEMO ENDORSED**

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Velez*, 19 Cr. 862 (Deeshuntee Stevens)

Dear Judge Caproni:

      I write on behalf of my client, Deeshuntee Stevens, to respectfully request permission for Mr. Stevens to travel from Rochester, NY, to New York City, on October 10, 2020, to visit his daughter on the occasion of her thirteenth birthday. Mr. Stevens' daughter resides in the Bronx with her mother, Melissa Blondet, one of the co-signors for Mr. Stevens' bond. Mr. Stevens will travel by bus to and from Rochester, leaving Rochester in the early morning hours of October 10, and returning in the early morning hours of October 11. He will not stay overnight in New York City. The United States Attorney's Office and the office of Pretrial Services take no position with respect to this request.

      As the Court is aware, on August 21, 2020, your Honor ordered Mr. Stevens released on bail, with the consent of the government, on conditions including: (1) a $100,000 personal recognizance bond, signed by Mr. Stevens and co-signed by three financially responsible persons; (2) home detention with electronic monitoring, except to attend work, to seek employment (with agreement of the office of Pretrial Services as to the specifics), and for medical visits and legal

Hon. Valerie E. Caproni
October 6, 2020
Page 2

visits, at the Rochester, New York home of Jesseivett Orta, a close family friend serving as third-party custodian; and (3) travel restricted to the state of New York. Mr. Stevens is charged in the above-referenced matter with conspiracy to distribute heroin, fentanyl and other narcotics, in violation of 21 U.S.C. §§ 841(a)(1), 846, and possession of a firearm during and in relation to a drug trafficking offense, in violation of 18 U.S.C. §§ 924(c), 2.

Respectfully submitted,

s/ Jocelyn E. Strauber

cc:   Assistant U.S. Attorney Adam S. Hobson
      Assistant U.S. Attorney Elinor L. Tarlow
      U.S. Pretrial Services Officer Jonathan Lettieri
      U.S. Pretrial Services Officer Jeffrey Mileham

---

Application GRANTED.

SO ORDERED.

Date: October 7, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE