**MEMO ENDORSED**

Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2995
DIRECT FAX
917-777-2995
EMAIL ADDRESS
JOCELYN.STRAUBER@SKADDEN.COM

November 23, 2020

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:**  *United States v. Velez*, **19 Cr. 862 (Deeshuntee Stevens)**

Dear Judge Caproni:

    I write on behalf of my client, Deeshuntee Stevens, in response to the Court's request for additional details about the Thanksgiving gathering that Mr. Stevens would attend on November 26, 2020.

    As set forth in our letter of November 23, 2020, Mr. Stevens seeks permission to travel to New York on November 26, 2020 (Thanksgiving Day), so that he can visit his daughters, who live with their mother, Melissa Blondet, with whom Mr. Stevens also maintains a close relationship. If permitted to travel, Mr. Stevens would celebrate Thanksgiving at the Bronx, New York home of Cynthia Blondet, Melissa's aunt, with whom Mr. Stevens also has a close relationship.

    In addition to Mr. Stevens, there will be six attendees at that gathering: Mr. Stevens' two daughters, who are thirteen and seven years old; Melissa Blondet; Melissa's two other children, an eighteen-year-old daughter and one-year-old son, who also reside with Melissa; and Cynthia Blondet (the host).

Hon. Valerie E. Caproni
November 23, 2020
Page 2

                                                      Respectfully submitted,

                                                      s/ Jocelyn E. Strauber

cc:    Assistant U.S. Attorney Adam S. Hobson
        Assistant U.S. Attorney Elinor L. Tarlow
        U.S. Pretrial Services Officer Jonathan Lettieri
        U.S. Pretrial Services Officer Jeffrey Mileham

---

Mr. Steven's request to travel is hereby denied. The Court is sympathetic to Mr. Steven's desire to spend the holidays with his family. But the ongoing COVID-19 pandemic played a central role in the Court's decision to grant Mr. Steven's pretrial release on home detention. The round trip between Rochester and New York City and attending a gathering with individuals from multiple households flouts current COVID guidelines and is not safe for Mr. Stevens or for any individuals with whom he may come into contact.

The Clerk of Court is respectfully directed to close the open motion at docket entry 270.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: November 24, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE