USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA          :
                                  :
          -against-               :
                                  :
                                  :
                                  :
DEESHUNTEE STEVENS,               :
                                  :
                    Defendants.   :     19-CR-862 (VEC)
------------------------------------------------------------ X

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 17, 2020, the parties appeared by video and telephone for a status conference;

       WHEREAS on December 10, 2020, Mr. Stevens filed a letter waiving in person appearance, Dkt. 293;

       WHEREAS the Court found that due to the rising number of COVID-19 cases in New York City, the interests of justice compelled proceeding via video and telephone conference instead of in open court;

       WHEREAS on October 29, 2020, the Court entered a written order reminding the Government of its obligations pursuant to Federal Rule of Criminal Procedure 5(f), Dkt. 226;

       WHEREAS at the conference, the Court reminded the Government of its obligations pursuant to Federal Rule of Criminal Procedure 5(f); and

       WHEREAS due to the COVID-19 pandemic, it is unlikely a trial will be scheduled in this matter until late summer 2021, at the earliest;

       IT IS FURTHER ORDERED that Defense counsel must meet and confer about a joint request to the Court to set a briefing schedule on motions to sever or for bills of particulars, if

Mr. Stevens would like to join such motions.  Defendant Michael Gonzalez must propose a briefing schedule for any such motions no later than **Friday, January 15, 2021.**

IT IS FURTHER ORDERED that the parties must appear at a status conference on **Thursday, June 10, 2021, at 3:00 P.M.**  A motions and trial schedule will be set at this conference.  The Court is hopeful that the conference will held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.

IT IS FURTHER ORDERED that interested members of the public may attend the conference by dialing 1-888-363-4749, using the access code 3121171 and the security code 0212.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act through June 10, 2021.  Given Mr. Stevens' interest in reviewing the complex and voluminous discovery in this matter, considering pretrial motions, and negotiating potential dispositions, all of which have been complicated and delayed by the COVID-19 pandemic, the Court finds that the ends of justice in accommodating those delays outweigh the Defendant's and the public's interests in a speedy trial, and that exclusion of time between now and the next status conference is warranted pursuant to 18 U.S.C. § 3161(h)(7).

**SO ORDERED.**

**Dated: December 17, 2020**
     **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.