USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2021

**MEMO ENDORSED**

# Skadden, Arps, Slate, Meagher & Flom LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
WWW.SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2995
DIRECT FAX
917-777-2995
EMAIL ADDRESS
JOCELYN.STRAUBER@SKADDEN.COM

May 14, 2021

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Velez*, **19 Cr. 862 (Deeshuntee Stevens)**

Dear Judge Caproni:

      I write on behalf of my client, Deeshuntee Stevens, to respectfully request permission for Mr. Stevens to travel from Rochester, NY, to New York City on May 17, for meetings with counsel and with the government on May 17 and 18, respectively, for a safety valve proffer. If granted permission, Mr. Stevens would travel to and from New York by bus, leaving Rochester on the morning of May 17, and leaving New York City on the night of May 18. Mr. Stevens would spend the night of May 17 at a hotel in Manhattan.

      The United States Attorney's Office and the office of Pretrial Services consent to this request.

      As the Court is aware, Mr. Stevens has traveled to New York City with the Court's permission for family events on several prior occasions. Those trips were without incident. Mr. Stevens is fully vaccinated.

   As the Court is also aware, on August 21, 2020, your Honor ordered Mr. Stevens released on bail, with the consent of the government, on conditions including: (1) a $100,000 personal recognizance bond, signed by Mr. Stevens and co-signed by three financially responsible persons; (2) home detention with electronic monitoring, except to attend work, to seek employment (with agreement of the office of Pretrial Services as to the specifics), and for medical visits and legal visits, at the Rochester, New York home of Jesseivett Orta, a close family friend serving as third-party custodian; and (3) travel restricted to the state of New York. Mr. Stevens is charged in the above-referenced matter with conspiracy to distribute heroin, fentanyl and other narcotics, in violation of 21 U.S.C. §§ 841(a)(1), 846, and possession of a firearm during and in relation to a drug trafficking offense, in violation of 18 U.S.C. §§ 924(c), 2.

               Respectfully submitted,

               s/ Jocelyn E. Strauber

cc: Assistant U.S. Attorney Adam S. Hobson
   Assistant U.S. Attorney Elinor L. Tarlow
   U.S. Pretrial Services Officer Jonathan Lettieri
   U.S. Pretrial Services Officer Jeremy Bedette

---

Application GRANTED.

SO ORDERED.

Date: May 14, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE